DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICKY PORTALATIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-965

[June 21, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case Nos. 10-13554 CF10A, 10-16952 CF10A and 11-3922 CF10A.

Ricky Portalatin, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***